JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN DONALD KELSO, | ) | CASE NO. CV 09-0219-MMM (PJW) |
| | ) | |
| Plaintiff, | ) | |
| | ) | J U D G M E N T |
| v. | ) | |
| | ) | |
| OCTAVIO LUNA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

    Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the action is dismissed without prejudice.

DATED:   <u>March 19, 2010</u> .

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\CV 09-00219MMM-JUDGMENT.wpd